IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:10-cv-01659 (ABJ) |
| | ) | |
| COLTEC INDUSTRIES INC. and | ) | |
| NATIONAL STEEL AND | ) | |
| SHIPBUILDING COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>JOINT MOTION TO STAY PROCEEDINGS PENDING COMPLETION OF GOVERNMENT REVIEW AND LODGING OF CONSENT DECREE</u>**

Plaintiff, the United States of America, and Defendants, Coltec Industries, Inc., and National Steel and Shipbuilding Company (the "Parties") file this Joint Motion to Stay Proceedings Pending Completion of Government Review and Lodging of Consent Decree to stay all deadlines in this action for sixty (60) days in light of an anticipated settlement between the Parties that would resolve the claims in this case.

As previously set forth in the Parties' Joint Motion for Extension of Discovery Deadlines in the Scheduling Order (Doc. No. 21), the Parties have been actively discussing potential settlement of this case. Over the past several weeks, the Parties' counsels have reached agreement on the form of, and Defendants have signed, a proposed consent decree that would resolve this action. The proposed Consent Decree must still be reviewed and approved by appropriate high-level managers within the Department of Justice ("DOJ") and the Environmental Protection Agency ("EPA").

The consent decree would make the Parties' continuing efforts associated with the factual discovery phase of the litigation, currently underway and set to close on March 9, 2012,

unnecessary.  *See* Scheduling Order (Doc. No. 18), as amended by the Court's December 21, 2011 Minute Order Granting the Joint Motion for Extension of Time to Complete Discovery. Accordingly, to allow time for the United States to seek the required review and approval of the proposed decree, the Parties respectfully request that this Court stay this action, including all deadlines in the Scheduling Order, as amended, for sixty (60) days.

If the consent decree is approved and signed by the authorized DOJ and EPA managers, the United States will lodge the proposed consent decree with the Court and then publish notice of the consent decree in the Federal Register to allow the public an opportunity for comment, pursuant to 28 C.F.R. § 50.7.  If, upon consideration of any public comment, the United States continues to believe that the settlement is fair and in the public interest, then the United States will move for entry of the proposed consent decree.

If the Parties' instant motion is granted and the Court orders a sixty (60) day stay of litigation in this matter, yet a proposed consent decree between the moving parties is not submitted by the United States during the time period of the stay, then the parties shall submit a joint status report within seven days of the stay's expiration that: (1) reports on the status of the case; and (2) contains deadlines for the final disposition of this case.

DATED:  February 6, 2012

                                              Respectfully submitted,

BY:

                                              IGNACIA S. MORENO
                                              Assistant Attorney General
                                              Environment & Natural Resources Division

|  |  |
|---|---|
|  | /s/ Robyn E. Hanson |
|  | THOMAS P. CARROLL (D.C. Bar No. 388593) |
|  | ROBYN E. HANSON (N.Y. Bar No. 4462339) |
|  | Environmental Enforcement Section |
|  | Environment and Natural Resources Division |
|  | U.S. Department of Justice |
|  | P.O. Box 7611 |
|  | Washington, D.C. 20044 |
|  | Telephone:    (202) 514-4051 |
|  |                       (202) 616-8907 |
|  | Facsimile:     (202) 514-8395 |
| OF COUNSEL: |  |
| JOCELYN ADAIR |  |
| Attorney/Adviser |  |
| Air Enforcement Division |  |
| Office of Enforcement |  |
| Ariel Rios Building |  |
| 1200 Pennsylvania Avenue, N. W. |  |
| Mail Code: 2242A |  |
| Washington, DC 20460 |  |
|  | **ATTORNEYS FOR PLAINTIFF** |
| AND BY: |  |
|  | HUSCH BLACKWELL LLP |
|  | /s/ Charles E. Merrill |
|  | Charles E. Merrill, *pro hac vice* |
|  | John M. Terry, *pro hac vice* |
|  | 190 Carondelet Plaza, Suite 600 |
|  | St. Louis, Missouri 63105 |
|  | Telephone: (314) 480-1500 |
|  | Facsimile: (314) 480-1505 |
|  | and |
|  | Hal Perloff, #461716 |
|  | 750 17th Street, NW, Suite 1000 |
|  | Washington, D.C. 20006 |
|  | Telephone: (202) 378-2300 |
|  | Facsimile: (202) 378-2319 |
|  | **ATTORNEYS FOR DEFENDANTS COLTEC INDUSTRIES INC. AN NATIONAL STEEL AND SHIPBUILDING COMPANY** |