IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:10-cv-01659 (ABJ) |
| ) | |
| COLTEC INDUSTRIES INC. and ) | |
| NATIONAL STEEL AND ) | |
| SHIPBUILDING COMPANY, ) | |
| ) | |
| Defendants. ) | |

## **DISCOVERY ORDER**

Upon consideration of the parties' Joint Motion to Stay Proceedings Pending Completion of Government Review and Lodging of Consent Decree, (Doc. No. 23), it is HEREBY ORDERED that:

1. The parties' Joint Motion to Stay Proceedings Pending Completion of Government Review and Lodging of Consent Decree is granted.

2. The litigation in this matter is stayed for a period of sixty (60) days pending completion of the government's review and approval process of a proposed consent decree and subsequent lodging of a proposed consent decree.

3. If a proposed consent decree between the moving parties is not submitted to the Court during the time period of the stay, then the parties shall submit a joint status report within seven days of the stay's expiration that: (1) reports on the status of the case; and (2) contains deadlines for the final disposition of this case.

**SO ORDERED.**

_____
AMY BERMAN JACKSON
United States District Judge

DATE: _____